UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

                                           Chapter 15

    EURO EXCHANGE SECURITIES
    UK LIMITED,

                                         Case No. 1-26-42754-ess

                    Debtor.
------------------------------------------------------------X

### ORDER SCHEDULING A CONFERENCE ON SHORTENED NOTICE ON THE DEBTOR'S MOTION FOR ENTRY OF AN ORDER (I) SCHEDULING RECOGNITION HEARING AND (II) SPECIFYING FORM AND MANNER OF SERVICE OF NOTICE

WHEREAS, on June 4, 2026, Euro Exchange Securities UK Limited (the "Debtor"), filed a Chapter 15 petition for recognition of a foreign proceeding, ECF No. 1; and

WHEREAS, on June 4, 2026, the Debtor filed a verified petition for recognition of foreign main proceeding (the "Petition for Recognition"), ECF No. 2; and

WHEREAS, on June 4, 2026, the Debtor filed a motion (the "Scheduling Motion"), ECF No. 6, seeking the entry of an order (I) scheduling a hearing on the Petition for Recognition, and (II) specifying form and manner of service of notice thereof, and requesting that the Court hear the Scheduling Motion on an expedited basis; and

WHEREAS, the Scheduling Motion seeks, in substance, an order "(a) establishing [a] schedule for a hearing on the relief sought in the Petition [for Recognition], the deadline for a party to file an objection to that relief, and the deadline for filing replies to such objections . . . (b) approving the form of the notice of this Chapter 15 Case, the relief sought in the Petition [for Recognition] . . . , (c) approving the manner of service of the [n]otice [d]ocuments . . . , and (d) approving virtual hearing appearances by the [Debtor's appointed interim] Joint Managers and the Joint Managers' foreign counsel for cause shown," among other related relief.

1

**NOW, THEREFORE**, in the interest of good case management, it is hereby

**ORDERED,** that the Court will hold an in-person conference on the Scheduling Motion and the relief requested therein on **June 5, 2026, at 2:30 p.m.**, before the Honorable Elizabeth S. Stong in Courtroom 3585, United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201; and it is further

**ORDERED,** that the Debtor is directed to serve this Order and the Scheduling Motion upon which it is based via email or facsimile, or if not available by overnight delivery service, to be received by June 5, 2026, at 9:00 a.m., upon: (i) all creditors in this case; (ii) all parties having filed a notice of appearance in this case; (iii) the United States Trustee; and (iv) any other parties entitled to receive notice in this case, and service of the Scheduling Motion in this manner shall constitute good and sufficient service and notice of the Scheduling Motion; and it is further

**ORDERED,** that the Debtor is directed to file proof of service of this Order and the Scheduling Motion by June 5, 2026, at 12:00 p.m.; and it is further

**ORDERED,** that objections to the Scheduling Motion, if any, may be stated at the June 5, 2026, conference, and a schedule for the filing of written opposition may be set at the June 5, 2026, conference; and it is further

**ORDERED, that this conference will be conducted in person. All participants, including attorneys, clients, and pro se parties, must register as follows:**

> **Please register with eCourt Appearances at https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl. To register, please provide your name, address, e-mail address, telephone number to be used on the conference date, and if appropriate, the party that you represent.**

Additional information about eCourt Appearances, including a tutorial on how to use the program, is available at **https://www.nyeb.uscourts.gov/registering-remote-hearing-appearance-using-ecourt-appearances**.  In the event that you are not able to register online, you may call or email Judge Stong's courtroom deputy for instructions at (347) 394-1864, **ess_hearings@nyeb.uscourts.gov**.

Dated: Brooklyn, New York
June 4, 2026



Elizabeth S. Stong
United States Bankruptcy Judge

TO:

**Euro Exchange Securities UK Limited**
107 Great Portland Street
London W1W6QG
United Kingdom

**Christopher K. Kiplok**
Hughes Hubbard & Reed LLP
1 Battery Park Plaza
Ste 17th Floor
New York, NY 10004

**James Bennett**
**Duncan Perring**
11 Pilgrim Street
London EC4V 6RN
United Kingdom

**Office of the United States Trustee**
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408