Leslie A. Berkoff, Esq.
David. Blansky, Esq.
MORITT HOCK & HAMROFF LLP
1407 Broadway, 39th Floor
New York, New York 10018
Telephone: (212) 239-2000
*Counsel to Luis Gasparini, Jr.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

EURO EXCHANGE SECURITIES UK LIMITED,          Chapter 15

Debtor in a Foreign Proceeding.          Case No 26-42754-ess

-----------------------------------------------------------------x

**LIMITED RESPONSE AND RESERVATION OF RIGHTS**
**RELATING TO FLORIDA PROPERTY**

Luis Gasparini, by counsel, Moritt Hock & Hamroff, LLP, submits this Limited Response and Reservation of Rights with respect to the *Emergency Motion for Entry of Orders Granting (a) Ex Parte Relief and (b) Provisional Relief Pursuant to Section 1519 of the Bankruptcy Code* (the "Motion") [Doc No. 3] filed by the Joint Special Administrators and the *Order (i) Scheduling Recognition Hearing and (II) Specifying Form and Manner of Service of Notice* [Doc. No. 13]:

1. Mr. Gasparini, his wife, and his daughter reside at condominium unit located at 3540 Main Highway, Unit Villa-03 in Grove Gardens Residences, Coconut Grove, FL 33133 (the "Florida Property"). Presumably, this is the "Florida Property" referenced in the Petition and the Motion.

2. Mr. Gasparini notes that while the Debtor is in title to the Florida Property, it took title subject to a mortgage lien recorded on October 11, 2006 at Book/Page: 24990/1376 in the principal amount of $972,000.00.

3. Mr. Gasparini takes no position at this time regarding recognition of the United Kingdom proceeding under Chapter 15 or the appointment and authority of the Joint Special Administrators.

4. Mr. Gasparini does not object to the imposition of the automatic stay provided the reach of the stay is limited to property of the Debtor as defined under Section 541 of the Bankruptcy Code, is no broader than that authorized under Section 362 of the Bankruptcy Code, and that the imposition of a stay is not construed to otherwise enjoin the parties identified in Section "c" to of Appendix A to the Petition from acts or conduct not prohibited by Section 362.

5. Mr. Gasparini files this response solely to preserve all equitable, legal and other rights, claims, defenses, interests, and remedies relating to the Florida Property.

6. Nothing in any order recognizing the foreign proceeding, granting provisional relief, entrusting assets to the Joint Special Administrators, or enforcing orders of the United Kingdom court should be construed as:

a. determining equitable, legal, beneficial or other form of ownership of the Florida Property;

b. determining the nature, extent, validity, or priority of any possessory, contractual, equitable, reimbursement, recoupment, setoff, lien, beneficial, or other interest which may be asserted by Mr. Gasparini or any other third-party;

c. waiving or impairing any defense based upon agreement, consideration, recoupment, equitable credit, unjust enrichment, quantum meruit, payment, reimbursement, offset, setoff, estoppel, waiver, laches, statute of limitations, or any other legal or equitable doctrine; or

d. authorizing the turnover of possession of the Florida Property or entry of any judgment affecting Mr. Gasparini's rights or those of any other third-party without further notice and an opportunity to be heard.

7. Mr. Gasparini expressly reserves all rights, defenses and affirmative claims.

8. In accordance with the above, Mr. Gasparini respectfully requests that any order entered in this Chapter 15 case be expressly without prejudice to Mr. Gasparini's rights, claims, defenses, and remedies concerning the Florida Property and any future issues relating thereto.

WHEREFORE, Mr. Gasparini respectfully requests that the Court acknowledge this reservation of rights and grant such other and further relief as the Court deems just and proper.

Dated: New York, New York
June 24, 2026

MORITT HOCK & HAMROFF LLP
*Counsel to Luis Gasparini.*

By: *s/ Leslie A. Berkoff*
Leslie A. Berkoff
David Blansky
1407 Broadway, 39th Floor
New York, NY 10018
Ph: 212-239-2000
Email: lberkoff@moritthock.com
dblansky@moritthock.com



4352390v1